IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **PINNACLE AGRICULTURE DISTRIBUTION, INC. doing business as SANDERS,**<br><br>    Plaintiff,<br><br>v.<br><br>**4 M FARMS, a general partnership, WILLIAM KELLY MAYFIELD, and SHERI LYNN MAYFIELD,**<br><br>    Defendants. | Case No. 3:17-cv-182 |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff PINNACLE AGRICULTURE DISTRIBUTION, INC. doing business as SANDERS ("Plaintiff"), by and through its attorneys, Johnson Stephens & Leal, PLLC, states for its Motion for Default Judgment against Defendants 4 M FARMS, a general partnership, WILLIAM KELLY MAYFIELD, and SHERI LYNN MAYFIELD (collectively herein referred to as "Defendants"):

1. Plaintiff filed its Original Complaint (the "Complaint") with this Court on June 8, 2017. *See* Dkt. No. 1.

2. Defendants were each served with the Complaint and Summons on June 20, 2017. *See* Dkt. Nos. 7-9. Service was obtained via personal service, pursuant to Fed. R. Civ. P. 4(e)(2)(A). *Id*.

3. Defendants were required to file an answer or responsive pleading within twenty-one (21) days from when Defendants were served with the Complaint and Summons pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i). Defendants' answers or responsive pleadings were due July 11, 2017.

4. Defendants failed to respond to the Complaint.

5. Rule 55(a) of the Federal Rules of Civil Procedure provides that a party is entitled to the entry of default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend."

6. On September 13, 2017, the Clerk filed an Entry of Default. *See* Dkt. No. 11.

7. Because Defendants failed to file answers or responsive pleadings in the time set forth by the Federal Rules of Civil Procedure, and because entry of a default judgment has been entered, a default judgment is therefore proper. Fed. R. Civ. P. 55(b)(2).

8. Defendants are not in military service. *See* Exhibit "3".

9. The amount of damages owed to Plaintiff from Defendants, as alleged in the Complaint and verified by affidavits, is the principal sum of $119,747.57, accrued pre-judgment interest in the amount of $12,866.96, expenses in the amount of $846.19, attorney's fees in the amount of $5,470.00, and paralegal fees in the amount of $297.00 for a total judgment of **$139,227.72**. *See* Exhibits "1" and "2"; *See also* Dkt. No. 1.

10. Plaintiff respectfully requests that the Court accept all the allegations as pleaded in the Complaint as true, enter default judgment against Defendants in the total amount of **$139,227.72** plus post-judgment interest through the date of judgment is paid in full pursuant to 28 U.S.C. 1961 (calculated as follows: the principal sum of $119,747.57, pre-judgment interest in the amount of $12,866.96, expenses in the amount of $846.19, attorney's fees in the amount of $5,470.00, and paralegal fees in the amount of $297.00) and award Plaintiff all other relief prayed for in its Complaint.

11. This Motion is support by the following Exhibits:

Exhibit 1 – Affidavit of Nick Koski;

Exhibit 2 – Affidavit of Abel A. Leal; and

Exhibit 3 – Soldier's and Sailor's Affidavits.

12. WHEREFORE, Plaintiff prays that its Motion for Entry of Default Judgment be granted, that the Court enter a total money default judgment against Defendants 4 M FARMS, a general partnership, WILLIAM KELLY MAYFIELD, and SHERI LYNN MAYFIELD in the following amounts: principal amount of $119,747.57; pre-judgment interest of $12,866.96; expenses in the amount of $846.19; and attorney's fees in the amount of $5,470.00, and paralegal fees in the amount of $297.00; plus post-judgment interest thereon at a rate of 12.0% per annum, compounded annually from the date judgment is rendered to the date of judgment is paid in full pursuant to 28 U.S.C. 1961; and for all other proper relief to which it may be entitled.

Respectfully submitted,

JOHNSON STEPHENS & LEAL, PLLC

By: /s/ Abel A. Leal
Abel A. Leal
State Bar No. 24026989
Federal ID 29105
aleal@jsllawfirm.com
John Mark Stephens
State Bar No. 24028005
Federal ID 435430
jmstephens@jsllawfirm.com
Sarah L. Stephens
State Bar No. 24086110
Federal ID 2583575
sstephens@jsllawfirm.com
4809 Cole Avenue, Suite 260
Dallas, TX 75205
(214) 559-2773 Telephone
(214) 919-5941 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The foregoing document was served on September 14, 2017 on Defendants via certified mail return receipt requested:

CMRRR# 7012 1010 0000 2615 6383
4 M FARMS
521 3rd Street
Bay City, Texas 77414

CMRRR# 7012 1010 0000 2615 6413
WILLIAM KELLY MAYFIELD
521 3rd Street
Bay City, Texas 77414

CMRRR# 7012 1010 0000 2615 6390
SHERI LYNN MAYFIELD
521 3rd Street
Bay City, Texas 77414

                                          */s/ Abel A. Leal*
                                          Abel A. Leal