Case 3:17-cv-00182   Document 18   Filed on 11/14/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PINNACLE AGRICULTURE DISTRIBUTION, INC. doing business as SANDERS, <br><br> Plaintiff, <br><br> v. <br><br> 4 M FARMS, a general partnership, WILLIAM KELLY MAYFIELD, and SHERI LYNN MAYFIELD, <br><br> Defendants. | § § § § § § § § § § § § § § <br><br> Case No. 3:17-cv-182 |

## FINAL JUDGMENT

On this day, the Court considered PINNACLE AGRICULTURE DISTRIBUTION, INC. doing business as SANDERS'S ("Plaintiff") Motion for Default Judgment against 4 M FARMS, a general partnership, WILLIAM KELLY MAYFIELD, and SHERI LYNN MAYFIELD (collectively herein referred to as "Defendants") in the above-entitled and numbered cause pursuant to Rule 55, FRCP.

The Court determined that it has jurisdiction over the subject matter and the parties to the proceeding. Defendants, although having been duly and legally cited to appear and answer, failed to appear and answer, and wholly made default. The default of Defendants was entered on September 13, 2017. The Court finds that Plaintiff's Original Complaint and Summons were served on all Defendants according to law. The Court has read the pleadings and the papers on file and is of the opinion that the allegations of Complaint have been admitted and that the claims are liquidated and that damages can be accurately calculated from the factual allegations in the Complaint and the written instruments attached to the Complaint.

It is, therefore,

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff recovers judgment against Defendants for the principal sum of $119,747.57, accrued pre-judgment interest in the amount of $12,866.96, expenses in the amount of $846.19, attorney's fees in the amount of $5,470.00, and paralegal fees in the amount of $297.00 for a total judgment of **$139,227.72**, and post-judgment interest thereon at a rate of 12.0% per annum from the date judgment is rendered to the date the judgment is satisfied. It is further

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff is allowed all writs and processes as may be necessary in the enforcement and collection of this judgment. It is further

**ORDERED, ADJUDGED, AND DECREED** that all relief not specifically granted herein is denied; It is further

**ORDERED, ADJUDGED, AND DECREED** that this judgment finally disposes of all claims and all parties and is appealable. **THIS IS A FINAL JUDGMENT.**

The Court orders execution to issue for this final judgment.

SIGNED on this the 14th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE